**Orville Little, Plaintiff-Appellee, v. Ivan Price, Defendant-Appellant.**

**Gen. No. 10,386.** ▮

Third District.

May 16, 1962.

J. E. Horsley and W. E. Larrabee of Craig & Craig, of Mattoon, for appellant; Ryan and Heller, of Mattoon (Fred A. Hicks, of Mattoon, of counsel), for appellee. Opinion by PRESIDING JUSTICE ROETH. Not to be published in full.